UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AT&T MOBILITY LLC,

    Plaintiff,

v.

MARC SAPATIN, SAPATIN NGUYEN ENTERPRISES, INC., SAPATIN ENTERPRISES, INC., NGUYEN LAM, KYRA EVANS, PRASHANT VIRA, SWIFT UNLOCKS, INC. and JOHN DOES 1-50, United States individuals and entities,

    Defendants.

No. 2:15-cv-01462-RSM

ORDER GRANTING UNOPPOSED MOTION FOR FOURTH TEMPORARY STAY OF PROCEEDINGS

Pursuant to the Defendants' Unopposed Motion for Fourth Temporary Stay of Proceedings, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the litigation in this matter is hereby STAYED for an additional period of six months from the date of this Order, at which time the parties shall be permitted to submit briefs to the Court regarding whether the litigation should proceed or the Court should extend the stay. To the extent any time has passed between the expiration of the prior stay and the entry of this Order, the litigation shall be deemed stayed for that period of time as well.

///

///

ORDER GRANTING UNOPPOSED MOTION FOR FOURTH TEMPORARY STAY OF PROCEEDINGS
(Cause No. 2:15-cv-01462-RSM) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

DMSLIBRARY01\28889062.v1

The Court further ORDERS that all deadlines imposed by the Federal Rules of Civil Procedure scheduled to occur during the six-month stay are hereby SUSPENDED, and shall be revisited by the Court in response to the aforementioned briefing by the parties.

IT IS SO ORDERED.

DATED this 8th day of May, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

McNAUL EBEL NAWROT & HELGREN, PLLC

By: s/ Avi J. Lipman
 Avi Lipman, WSBA No. 37661
 *Attorneys for Defendants Prashant Vira*
 *and SwiftUnlocks, Inc.*

DOUGLAS P. LEVINSON INC. P.S.

By: s/ Douglas P. Levinson
 Douglas P. Levinson, WSBA No. 31499
 Douglas P. Levinson Inc. P.S.
 *Attorneys for Defendants Marc Sapatin and*
 *Sapatin Nguyen Enterprises, Inc.*

DELUE LAW PLLC

By: s/ Daniel DeLue
 Daniel DeLue, WSBA No. 29357
 *Attorneys for Defendants Marc Sapatin and*
 *Sapatin Nguyen Enterprises, Inc.*

ORDER GRANTING UNOPPOSED MOTION FOR FOURTH
TEMPORARY STAY OF PROCEEDINGS
(Cause No. 2:15-cv-01462-RSM) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

DMSLIBRARY01\28889062.v1

AOKI LAW PLLC

By: s/ Russell M. Aoki
    Russell M. Aoki, WSBA No. 15717
    Isham M. Reavis, WSBA No. 45281
    *Attorneys for Defendant Nguyen Lam*

ORDER GRANTING UNOPPOSED MOTION FOR FOURTH TEMPORARY STAY OF PROCEEDINGS
(Cause No. 2:15-cv-01462-RSM) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

DMSLIBRARY01\28889062.v1