# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

AT&T MOBILITY LLC,

    Plaintiff,

v.

MARC SAPATIN, SAPATIN NGUYEN ENTERPRISES, INC., SAPATIN ENTERPRISES, CIN., NGUYEN LAM, KYRA EVANS, PRASHANT VIRA, SWIFT UNLOCKS, INC. and JOHN DOES 1-50, United States individuals and entities,

    Defendants.

Case No. C15-1462RSM

ORDER OF DISMISSAL

By Minute Order dated September 11, 2019 (Dkt. # 46), Plaintiff was directed to show cause by September 20, 2019, why this action should not be dismissed for failure to, pursuant to Fed. R. Civ. P. 41(b). To date, no response has been filed. This action is hereby DISMISSED without prejudice.

DATED this 23rd day of September, 2019.

                                                                          RICARDO S. MARTINEZ
                                                                          UNITED STATES DISTRICT JUDGE