HONORABLE RICARDO S. MARTINEZ

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

AT&T MOBILITY LLC,

                                                    Plaintiff,

        v.

MARC SAPATIN, SAPATIN NGUYEN
ENTERPRISES, INC., SAPATIN
ENTERPRISES, INC., NGUYEN LAM,
KYRA EVANS, PRASHANT VIRA, SWIFT
UNLOCKS, INC. and JOHN DOES 1-50,
United States individuals and entities,

                                                    Defendants.

No.  2:15-cv-01462-RSM

ORDER GRANTING STIPULATION
OF DISMISSAL WITH PREJUDICE
OF PLAINTIFF'S CLAIMS AGAINST
DEFENDANT KYRA EVANS

NOTING DATE:  November 2, 2020

        Based on the parties Stipulation of Dismissal With Prejudice of Plaintiff's Claims

Against Defendant Kyra Evans filed on November 2, 2020, it is hereby

        ORDERED that Defendant Kyra Evans is dismissed with prejudice solely with respect

to the claims Plaintiff asserts against Defendant Kyra Evans.

        IT IS FURTHER ORDERED that all of Plaintiff's remaining claims against the other

remaining defendants in this case shall remain pending, and this case shall remain open and

///

///

ORDER GRANTING STIPULATION OF DISMISSAL
WITH PREJUDICE OF PLAINTIFF'S CLAIMS
AGAINST DEFENDANT KYRA EVANS - 1
Case No. 2:15-cv-01462-R

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

stayed per operation of the Court's May 29, 2020 Order.

Dated:  November 3, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ David A. Bateman
David Bateman, WSBA #14262
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 370-6682
david.bateman@klgates.com

David L. Balser, Georgia Bar No. 035835
(pro hac vice application forthcoming)
Lawrence A. Slovensky, GA Bar No. 653005
(pro hac vice application forthcoming)
Edward A. Bedard, GA Bar No. 926148
(pro hac vice application forthcoming)
KING & SPALDING LLP
1180 Peachtree St. NE
Atlanta, Georgia 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100

Counsel for Plaintiff
AT&T Mobility LLC

ORDER GRANTING STIPULATION OF DISMISSAL
WITH PREJUDICE OF PLAINTIFF'S CLAIMS
AGAINST DEFENDANT KYRA EVANS - 2
Case No. 2:15-cv-01462-R

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Approved as to Form and Content:

/s/ Avi J. Lipman
Avi J. Lipman
MCNAUL EBEL NAWROT & HELGREN
PLLC
600 UNIVERSITY ST
STE 2700
SEATTLE, WA 98101-3143
206-467-1816
Email: alipman@mcnaul.com

Counsel for Defendants Vira Prashant and
Swift Unlocks, Inc.


/s/ Douglas P. Levinson
Douglas P. Levinson
600 STEWART STREET, SUITE 1115
SEATTLE, WA 98101
253-709-4900
Email: doug@douglevinsonlaw.com

/s/ Daniel D. DeLue
Daniel D. DeLue
DELUE LAW PLLC
600 STEWART ST STE 1115
SEATTLE, WA 98101
206-508-3804
Email: ddd@d3law.com

Counsel for Defendants Marc Sapatin,
Sapatin Nguyen Enterprises, Inc., and Sapatin
Enterprises, Inc.

/s/ Kyra Evans

Kyra Evans (pro se)

ORDER GRANTING STIPULATION OF DISMISSAL
WITH PREJUDICE OF PLAINTIFF'S CLAIMS
AGAINST DEFENDANT KYRA EVANS - 3
Case No. 2:15-cv-01462-R

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022