HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>         Plaintiff,<br><br> v.<br><br>MARC SAPATIN, SAPATIN NGUYEN ENTERPRISES, INC., SAPATIN ENTERPRISES, INC., NGUYEN LAM, KYRA EVANS, PRASHANT VIRA, SWIFT UNLOCKS, INC. and JOHN DOES 1-50, United States individuals and entities,<br><br>         Defendants. | No. 2:15-cv-01462-RSM<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT MARC SAPATIN<br><br><br>NOTING DATE: SEPTEMBER 17, 2021 |

Based on the parties Stipulation of Dismissal With Prejudice of Plaintiff's Claims Against Defendant Marc Sapatin previously filed, it is hereby

ORDERED that Defendant Marc Sapatin is dismissed with prejudice solely with respect to the claims Plaintiff asserts against Defendant Marc Sapatin.

IT IS FURTHER ORDERED that all of Plaintiff's remaining claims against the other remaining defendants in this case shall remain pending, and this case shall remain open and

///

///

ORDER GRANTING STIPULATION OF DISMISSAL
WITH PREJUDICE OF PLAINTIFF'S CLAIMS
AGAINST DEFENDANT MARK SAPATIN - 1
Case No. 2:15-cv-01462-R

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

stayed per operation of the Court's June 1, 2021 Order Granting Joint Motion to Extend Stay [DKT 62].

DATED this 20th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ David A. Bateman
David Bateman, WSBA #14262
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 370-6682
david.bateman@klgates.com

David L. Balser, Georgia Bar No. 035835
*(pro hac vice application forthcoming)*
Lawrence A. Slovensky, GA Bar No. 653005
*(pro hac vice application forthcoming)*
Edward A. Bedard, GA Bar No. 926148
*(pro hac vice application forthcoming)*
KING & SPALDING LLP
1180 Peachtree St. NE
Atlanta, Georgia 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100

*Counsel for Plaintiff
AT&T Mobility LLC*

ORDER GRANTING STIPULATION OF DISMISSAL
WITH PREJUDICE OF PLAINTIFF'S CLAIMS
AGAINST DEFENDANT MARK SAPATIN - 2
Case No. 2:15-cv-01462-R

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Approved as to Form and Content:

/s/ Avi J. Lipman
Avi J. Lipman
MCNAUL EBEL NAWROT & HELGREN PLLC
600 UNIVERSITY ST
STE 2700
SEATTLE, WA 98101-3143
206-467-1816
Email: alipman@mcnaul.com

Counsel for Defendants Vira Prashant and Swift Unlocks, Inc.

/s/ Douglas P. Levinson
Douglas P. Levinson
600 STEWART STREET, SUITE 1115
SEATTLE, WA 98101
253-709-4900
Email: doug@douglevinsonlaw.com

/s/ Daniel D. DeLue
Daniel D. DeLue
DELUE LAW PLLC
600 STEWART ST STE 1115
SEATTLE, WA 98101
206-508-3804
Email: ddd@d3law.com

Counsel for Defendants Marc Sapatin, Sapatin Nguyen Enterprises, Inc., and Sapatin Enterprises, Inc.

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT MARK SAPATIN - 3
Case No. 2:15-cv-01462-R

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022