HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>MARC SAPATIN, SAPATIN NGUYEN ENTERPRISES, INC., SAPATIN ENTERPRISES, INC., NGUYEN LAM, KYRA EVANS, PRASHANT VIRA, SWIFT UNLOCKS, INC. and JOHN DOES 1-50, United States individual and entities,<br><br>                    Defendants. | No. 2:15-cv-01462-RSM<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS SAPATIN NGUYEN ENTERPRISES, INC. AND SAPATIN ENTERPRISES, INC.<br><br>NOTING DATE:  September 28, 2021 |

Based on the parties Stipulation of Dismissal With Prejudice of Plaintiff's Claims Against Defendants Sapatin Nguyen Enterprises Inc. and Sapatin Enterprises Inc. previously filed, it is hereby

ORDERED that Defendants Sapatin Nguyen Enterprises Inc. and Sapatin Enterprises Inc. are dismissed with prejudice solely with respect to the claims Plaintiff asserts against Defendants Sapatin Nguyen Enterprises Inc. and Sapatin Enterprises Inc..

IT IS FURTHER ORDERED that all of Plaintiff's remaining claims against the other remaining defendants in this case shall remain pending, and this case shall remain open and

ORDER GRANTING STIPULATION OF DISMISSAL
WITH PREJUDICE OF PLAINTIFF'S CLAIMS
AGAINST DEFENDANTS SAPATIN NGUYEN
ENTERPRISES INC. AND SAPATIN ENTERPRISES
INC. - 1
Case No. 2:15-cv-01462-R

DeLue Law PLLC
600 Stewart St Ste 1115
Seattle, WA 98101-1242
Tel: 206.508.3804  Fax: 206.508.3817

stayed per operation of the Court's June 1, 2021 Order Granting Joint Motion to Extend Stay (DKT 62).

DATED this 28th day of September, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Douglas P. Levinson
Douglas P. Levinson, WSBA No. 31499
600 STEWART STREET, SUITE 1115
SEATTLE, WA 98101
253-709-4900
Email: doug@douglevinsonlaw.com

/s/ Daniel D. DeLue
Daniel D. DeLue, WSBA No. 29357
DELUE LAW PLLC
600 STEWART ST STE 1115
SEATTLE, WA 98101
206-508-3804
Email: ddd@d3law.com

Counsel for Defendants Marc Sapatin,
Sapatin Nguyen Enterprises, Inc., and Sapatin
Enterprises, Inc.

//
//
//
//

ORDER GRANTING STIPULATION OF DISMISSAL
WITH PREJUDICE OF PLAINTIFF'S CLAIMS
AGAINST DEFENDANTS SAPATIN NGUYEN
ENTERPRISES INC. AND SAPATIN ENTERPRISES
INC. - 2
Case No. 2:15-cv-01462-R

DeLue Law PLLC
600 Stewart St Ste 1115
Seattle, WA 98101-1242
Tel: 206.508.3804  Fax: 206.508.3817

Approved as to Form and Content:

/s/ David A. Bateman
David Bateman, WSBA #14262
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 370-6682
david.bateman@klgates.com

David L. Balser, Georgia Bar No. 035835
*(pro hac vice application forthcoming)*
Lawrence A. Slovensky, GA Bar No. 653005
*(pro hac vice application forthcoming)*
Edward A. Bedard, GA Bar No. 926148
*(pro hac vice application forthcoming)*
KING & SPALDING LLP
1180 Peachtree St. NE
Atlanta, Georgia 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100

*Counsel for Plaintiff*
*AT&T Mobility LLC*

/s/ Avi J. Lipman
Avi J. Lipman. WSBA No. 37661
MCNAUL EBEL NAWROT & HELGREN PLLC
600 UNIVERSITY ST
STE 2700
SEATTLE, WA 98101-3143
206-467-1816
Email: alipman@mcnaul.com

Counsel for Defendants Vira Prashant and Swift Unlocks, Inc.

ORDER GRANTING STIPULATION OF DISMISSAL
WITH PREJUDICE OF PLAINTIFF'S CLAIMS
AGAINST DEFENDANTS SAPATIN NGUYEN
ENTERPRISES INC. AND SAPATIN ENTERPRISES
INC. - 3
Case No. 2:15-cv-01462-R

DELUE LAW PLLC
600 STEWART ST STE 1115
SEATTLE, WA 98101-1242
TEL: 206.508.3804  FAX: 206.508.3817