HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MARC SAPATIN, SAPATIN NGUYEN ENTERPRISES, INC., SAPATIN ENTERPRISES, INC., NGUYEN LAM, KYRA EVANS, PRASHANT VIRA, SWIFT UNLOCKS, INC. and JOHN DOES 1-50, United States individuals and entities,<br><br>　　　　　　　Defendants. | No. 2:15-cv-01462-JNW<br><br>**CONSENT MOTION AND ORDER EXTENDING STAY**<br><br>NOTING DATE: DECEMBER 22, 2025 |

Plaintiff AT&T Mobility LLC ("AT&T") and Defendants Prashant Vira and Swift Unlocks, Inc. (collectively, "Defendants") file this Plaintiff's Report to the Court and Consent Motion to Extend Stay as follows.

The Court's order dated June 27, 2025 (Dkt. 85) directed AT&T to report to the Court by no later than December 31, 2025 on the status of all federal criminal investigations into the Defendants and whether there are grounds that would warrant allowing the case to remain open. (*See* Dkt. 85).

AT&T understands that the criminal investigation of Defendant Vira remains ongoing

CONSENT MOTION AND ORDER
EXTENDING STAY- 1
Case No. 2:15-cv-01462-JNW

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

but that charges have not yet been filed. Counsel for the remaining parties have conferred and respectfully submit that in light of the continued pendency of a criminal investigation of Defendant Vira, which implicates the ability of the Defendants to defend themselves in this civil case, the current stay of the case should be extended on the terms below.

## JOINT REQUEST FOR STAY

The parties respectfully submit that in consideration of the continuing pendency of criminal proceedings that directly relate to the subject matter of AT&T's civil lawsuit, the Court should grant an additional extension of the stay of the case, subject to the same conditions as the current stay:

a. AT&T may only seek relief from the stay or case closure as to a currently named Defendant if restitution is not adjudicated in the related criminal proceedings referenced above. AT&T's right to seek relief from the stay or case closure in order to seek leave to amend the Complaint to name additional defendants, however, shall not be restricted by the Court's order reopening the case.

b. AT&T shall promptly dismiss with prejudice all claims against each Defendant whose criminal proceeding is final and has resulted in AT&T having the opportunity to request restitution against that Defendant.

c. For the avoidance of confusion, such dismissal shall occur no later than ten (10) days after AT&T is notified that a guilty plea has been entered that affords AT&T the opportunity to request restitution against that particular Defendant and a sentence against that particular Defendant has been entered.

CONSENT MOTION AND ORDER
EXTENDING STAY- 2
Case No. 2:15-cv-01462-JNW

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

d. If a related criminal proceeding has not yet resulted in the adjudication of restitution as to a particular Defendant by the time a temporary stay of proceedings expires, the remaining Parties shall stipulate to an additional stay or closure of this case, subject to approval by the Court, under the same terms as set forth herein.

e. AT&T shall not pursue claims against a remaining currently named Defendant unless AT&T is denied the opportunity to request restitution in that Defendant's criminal case.

f. AT&T's dissatisfaction with the amount of restitution awarded against a particular Defendant, or a criminal court's decision not to award any restitution to AT&T as part of a sentence against that Defendant, shall not provide AT&T with a basis to pursue claims against that Defendant.

g. AT&T will report to the Court by no later than June 30, 2026 regarding the current status of all federal criminal investigations into the Defendants and whether there are grounds that would warrant allowing the case to remain open.

The parties respectfully request that the Court enter the order endorsed on this stipulation below pursuant to LCR 10(g).

Respectfully submitted, this 22nd day of December, 2025.

*/s/ David Bateman*
David Bateman, WSBA #14262
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 370-6682
david.bateman@klgates.com

David L. Balser, Georgia Bar No. 035835
*(pro hac vice application forthcoming)*

*/s/ Claire Martirosian*
Claire Martirosian, WSBA No. 49528
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, WA 98101-3143
(206) 467-1816
cmartirosian@mcnaul.com

*Counsel for Defendants Vira Prashant and Swift Unlocks, Inc.*

CONSENT MOTION AND ORDER
EXTENDING STAY- 3
Case No. 2:15-cv-01462-JNW

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  Lawrence A. Slovensky, GA Bar No. 653005
2  *(pro hac vice application forthcoming)*
   KING & SPALDING LLP
3  1180 Peachtree St. NE
   Atlanta, Georgia 30309-3521
4  Tel: (404) 572-4600
   Fax: (404) 572-5100
5
6  *Counsel for Plaintiff*
   *AT&T Mobility LLC*
7
8
9
                            **ORDER**
10
11 IT IS SO ORDERED.
12
            Dated December 23, 2025.
13
14
15                                          *[signature]*
16                              ─────────────────────────
                                Jamal N. Whitehead
17                              United States District Judge
18
19
20
21
22
23
24
25
26

CONSENT MOTION AND ORDER
EXTENDING STAY- 4
Case No. 2:15-cv-01462-JNW

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022