HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AT&T MOBILITY LLC,

                    Plaintiff,

        v.

MARC SAPATIN, SAPATIN NGUYEN
ENTERPRISES, INC., SAPATIN
ENTERPRISES, INC., NGUYEN LAM,
KYRA EVANS, PRASHANT VIRA,
SWIFT UNLOCKS, INC. and JOHN DOES
1-50, United States individuals and entities,

                    Defendants.

No. 2:15-cv-01462-JNW

STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE

NOTING DATE:  June 30, 2026

        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties by and through

their respective counsel, hereby stipulate that this action is dismissed without prejudice.

        Respectfully submitted, this 30th day of June, 2026.

/s/ David Bateman
David Bateman, WSBA #14262
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 370-6682
david.bateman@klgates.com

/s/ Claire Martirosian
Claire Martirosian, WSBA No. 49528
MCNAUL EBEL NAWROT &
HELGREN PLLC
600 University Street, Suite 2700
Seattle, WA 98101-3143
(206) 467-1816
cmartirosian@mcnaul.com

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE- 1
Case No. 2:15-cv-01462-JNW

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

David L. Balser, Georgia Bar No. 035835
*(pro hac vice application forthcoming)*
Lawrence A. Slovensky, GA Bar No. 653005
*(pro hac vice application forthcoming)*
KING & SPALDING LLP
1180 Peachtree St. NE
Atlanta, Georgia 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100

*Counsel for Plaintiff*
*AT&T Mobility LLC*

*Counsel for Defendants Vira Prashant and Swift Unlocks, Inc.*

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE- 2
Case No. 2:15-cv-01462-JNW

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

IT IS SO ORDERED this 6th day of July, 2026.


_____
HONORABLE JAMAL N. WHITEHEAD

Presented by:


*/s/ David A. Bateman*
David Bateman, WSBA #14262
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 370-6682
david.bateman@klgates.com

David L. Balser, Georgia Bar No. 035835
*(pro hac vice application forthcoming)*
Lawrence A. Slovensky, GA Bar No. 653005
*(pro hac vice application forthcoming)*
KING & SPALDING LLP
1180 Peachtree St. NE
Atlanta, Georgia 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100

*Counsel for Plaintiff*
*AT&T Mobility LLC*

STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE- 3
Case No. 2:15-cv-01462-JNW

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022